AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

JANE LUNA

V.

RICKY BELL

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:11-cv-00093

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
JUDGMENT is entered in favor of Defendant and against the Plaintiff.

August 23, 2013
Date

Keith Throckmorton
Clerk

*(signature)*
(By) Deputy Clerk
Nancy L. Duckwiler