AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

JANE LUNA

V.

JAMES HORTON

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:11-cv-00093

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
JUDGMENT is entered in favor of Defendant and against the Plaintiff.

August 23, 2013
Date

Keith Throckmorton
Clerk

(By) Deputy Clerk
Nancy L. Duckwiler