# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE LUNA, as Administratrix of the Estate of<br>Charles Jason Toll, deceased,<br><br>       **Plaintiff,**<br>v.<br><br><br><br>RICKY J. BELL, Warden of Riverbend Prison;<br>GAELAN DOSS, Correctional Officer; and<br>CAPTAIN JAMES HORTON,<br>all individually,<br><br>       **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE: 3:11-0093**<br>**JURY DEMAND**<br>**Judge Nixon**<br>**Magistrate Judge Knowles**<br><br><u>**Oral Argument Requested**</u> |

## <u>PLAINTIFF'S MOTION TO REOPEN CASE</u>

Comes now the Plaintiff, Jane Luna, as Administratrix to the Estate of Charles Jason Toll, deceased, ("Plaintiff") by and through undersigned counsel, and files this Motion to Reopen Case based upon the Memorandum of Law and supporting Exhibits filed contemporaneously herewith.

Respectfully submitted,

/s/ David J. Weissman
**David L. Raybin (B.P.R. #3385)**
**David J. Weissman (B.P.R. #25188)**
HOLLINS, RAYBIN & WEISSMAN, P.C.
Fifth Third Center, Suite 2200
424 Church Street
Nashville, Tennessee 37219
(615) 256-6666
(615) 254-4254-fax
draybin@hwylaw.com
dweissman@hwylaw.com

1

**Jeff Roberts (B.P.R. #20263)**
**John Griffith (B.P.R. #19405)**
GRIFFITH & ROBERTS, PLLC
213 Fifth Avenue North, Suite 300
Nashville, Tennessee 37219
(615) 425-4400
(615) 425-4401-fax
jroberts@griffithroberts.com
jgriffith@griffithroberts.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document through the Court's Electronic Filing System to:

**ARTHUR CROWNOVER, II**
**PAMELA S. LORCH**
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202

On this 22nd day of August, 2014.

s/ David J. Weissman
David J. Weissman

2