IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE LUNA, as Administratrix of the Estate of Charles Jason Toll, deceased,<br><br>      Plaintiff,<br>v.<br><br><br><br>RICKY J. BELL, Warden of Riverbend Prison; GAELAN DOSS, Correctional Officer; and CAPTAIN JAMES HORTON, all individually,<br><br>      Defendants. | CASE: 3:11-0093<br>JURY DEMAND<br>Judge Nixon<br>Magistrate Judge Knowles<br><br>**Oral Argument Requested** |

### PLAINTIFF'S RULE 60(b) OMNIBUS MOTION FOR RELIEF FROM THE JUDGMENTS ENTERED IN FAVOR OF DEFENDANTS RICKY J. BELL, GAELAN DOSS, AND JAMES HORTON AND MOTION FOR RELIEF FROM ORDER DENYING NEW TRIAL

Comes now the Plaintiff, Jane Luna, as Administratrix to the Estate of Charles Jason Toll, deceased, ("Plaintiff") by and through undersigned counsel, and files this Rule 60(b) Motion For Relief from the Judgments entered in favor of the defendants Ricky J. Bell, Gaelan Doss, and James Horton on August 26, 2013. Additionally, the plaintiff files this Rule 60(b) Motion for Relief From the Order Denying a New Trial that was entered October 10, 2013 for the reasons set forth in the accompanying memorandum of law.

          Respectfully submitted,

          /s/ David J. Weissman
          **David L. Raybin (B.P.R. #3385)**
          **David J. Weissman (B.P.R. #25188)**
          HOLLINS, RAYBIN & WEISSMAN, P.C.
          Fifth Third Center, Suite 2200
          424 Church Street

1

Nashville, Tennessee 37219
(615) 256-6666
(615) 254-4254-fax
draybin@hwylaw.com
dweissman@hwylaw.com


**Jeff Roberts (B.P.R. #20263)**
**John Griffith (B.P.R. #19405)**
GRIFFITH & ROBERTS, PLLC
213 Fifth Avenue North, Suite 300
Nashville, Tennessee 37219
(615) 425-4400
(615) 425-4401-fax
jroberts@griffithroberts.com
jgriffith@griffithroberts.com

*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document through the Court's Electronic Filing System to:

**ARTHUR CROWNOVER, II**
**PAMELA S. LORCH**
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202

On this 22nd day of August, 2014.

s/ David J. Weissman
David J. Weissman