Brian Ratekin, LCR
2524 Barwood Drive
Greenbrier, TN  37073
Tax ID Number 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

June 24, 2015

David J. Weissman, Esq.
Hollins, Raybin & Weissman, P.C.
424 Church Street, Suite 2200
Nashville, Tennessee  37219

Re:  Jane Luna v. Ricky J. Bell, et al., Case No. 3:11-cv-00093

Trial Transcript, Volumes 1 through 7

1,006 pages at .90 a page

Total amount due:  $990

Thank you.