IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE LUNA, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-00093 |
| ) | Judge Campbell/Knowles |
| RICKY J. BELL, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court upon a "Motion for Leave to File Motion for Partial Summary Judgment as to Defendant Bell." Docket No. 240. Plaintiff has filed a Response in Opposition to the Motion, arguing essentially that "she believes it would be a waste of the Court's time . . . ." Docket No. 246.

The Court cannot make a judgment as to whether a motion for partial summary judgment would be a waste of time without seeing such a motion.

Therefore, the instant Motion for Leave (Docket No. 240) is GRANTED.

IT IS SO ORDERED.

    /s/ E. Clifton Knowles
E. CLIFTON KNOWLES
United States Magistrate Judge