IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE LUNA, as Administratrix of the Estate of Charles Jason Toll, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:11-cv-0093 ) Judge Aleta A. Trauger ) |
| RICKY BELL, et al., | ) ) |
| Defendants | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Doc. No. 269) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge